Andrew J. Yellowbear, Jr., A.O.#3021327
Montana State Prison
700 Conley Lake Road
Deer Lodge, MT 59722

January 17, 2024

Via First-Class U.S. Mail
U.S. Court of Appeals for the Tenth Circuit
Office Of The Clerk
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257



Re: Yellowbear v. Wyoming Attorney General, et al., No. 23-8055/Motion For
    Extension Of Time To File For Panel Rehearing And Rehearing En Banc

Dear Hon. Clerk:

Enclosed please find pleadings that I wish to submit for filing and service in
the above-entitled matter. Thank you for your time, patience, and above all
attention to this important matter.

Respectfully,

Andrew J. Yellowbear, Jr.
Petitioner - Appellant, Pro se

IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| ANDREW JOHN YELLOWBEAR, JR., | ) | |
| | ) | |
| Petitioner - Appellant, | ) | |
| | ) | |
| v. | ) | No. 23-8055 |
| | ) | |
| WYOMING ATTORNEY GENERAL; and | ) | |
| FREMONT COUNTY SHERIFF, | ) | |
| | ) | |
| Respondent - Appellees. | ) | |
| | ) | |

MOTION FOR EXTENSION OF TIME
TO FILE FOR PANEL REHEARING AND REHEARING EN BANC

COMES NOW, Andrew John Yellowbear, Jr., Petitioner/Appellant, appearing pro se, and pursuant to the rules of this Court respectfully moves for an extension of time to file his petition for panel rehearing and rehearing en banc. As good cause therefore; Mr. Yellowbear, respectfully states as folows:

1. On January 9, 2024 the Court entered its "Order Denying Certificate Of Appealability" (unpublished).

2. Mr. Yellowbear did not receive his copy of the Courts order untill today, January 17, 2024 some eight (8) days after it was mailed. The Courts envelope that it used to mail him his copy is attached hereto, with two stamped information labels. The first; in front, denotes that he did not sign for it until "1-17-24". The second; in back, states that the prison did not receive it until "JAN 16 2024".

3. The claims at bar in the underlying 28 U.S.C. § 2254 habeas petition are significant, in that they require federal courts to first interpret and then apply certain U.S. Treaties (between the U.S. and the Northern Arapaho/Eastern Shoshone Tribes), act's of the U.S. Congress, and federal law's/statutes/codes that deal with Mr. Yellowbear's state court conviction. This appeal, concerns what standard of review; if any, should be used to analyze the same.

4. Mr. Yellowbear; acting pro se, needs additional time to research and prepare for filing, meaningful pleadings for panel rehearing and rehearing en banc these important matters.

5. He does not know, at this time, if the Respondents - Appellees object to this motion. He cannot call them or email them to ask.

6. For these reasons, he respectfully requests that this Honorable Court grant this motion and give additional time to file the petition for rehearing/ rehearing en banc. He requests thirty (30) additional days.

Respectfully submitted on this 17th day of January, 2024.

Andrew J. Yellowbear, Jr.
Petitioner/Appellant, Pro se

## CERTIFICATE OF SERVICE

I, affirm, that I deposited the foregoing pleading in the Montana State Prisons' institutional mail for filing and service on the Respondents/Appellees, first-class U.S. Postage pre-paid, on this 17th day January, 2024 at the following address:

U.S. Court of Appeals for the Tenth Circuit
Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257                    /s/ Andrew J. Yellowbear, Jr.

## INVOCATION OF "PRISON MAILBOX" RULES

I, Andrew J. Yellowbear, Jr., hereby declare/affirm that on this 17th day of January, 2024 I deposited the foregoing document in the Montana State Prisons' institutional mail for filing and service. In doing so, I invoke Fed. R. App. 25(a)(2)(A)(iii).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the information stated directly above is true and correct to the best of my knowledge.

Andrew J. Yellowbear, Jr.

2

US POSTAGE
$001.83°
First-Class Mail

DO NOT OPEN
OPENED IN MY PRESENCE
INMATE
STAFF
DATE 1-17-24

**LEGAL MAIL -**
open only in the
presence of the inmate

STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK
WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

OFFICIAL BUSINESS

Andrew Yellowbear, Jr., A.O.#3021327
Montana State Prison
700 Conley Lake Road
Deer Lodge, MT =59722=

MONTANA STATE
PRISON

$001.59

U.S. Court of Appeals For the Tenth Circuit
Office of the Clerk
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO =80257=

Scanned by
Scanned by
US Marshal

Appellate Case: 23-8065    Document: 37    Date Filed: 01/22/2024    Page: 5

Legal
Mail
1-17-24

Reviewed By Staff